Order issued September 14 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00539-CR

SHONE PRICE, Appellant

V.

THE STATE OF TEXAS, Appellee

## ORDER

The Court **GRANTS** court reporter Debi Harris's August 30, 2012 motion for extension

of time to file reporter's record.

We **ORDER** Ms. Harris to file the reporter's record within **THIRTY DAYS** from the

date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE